UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                    Case No. 8:02-cv-318-T-17MSS

REAL PROPERTY LOCATED
AT 3402 53rd STREET WEST,
BRADENTON, FLORIDA, INCLUDING
ALL IMPROVEMENTS THEREON
AND APPURTENANCES THERETO,

    Defendant.

_____

## ORDER OF FORFEITURE

THIS CAUSE comes before the court on United States' Motion for Entry of an Order of Forfeiture. Accordingly, it is hereby

ORDERED, ADJUDGED AND DECREED that for good cause shown, said Motion of the United States is hereby GRANTED.

It is further ORDERED that pursuant to the provisions of 21 U.S.C. § 881(a)(7), the following defendant property is hereby forfeited to the United States for disposition according to law:

> Real property located at 3402 53rd Street West, Bradenton, Florida, including all improvements thereon and appurtenances thereto, which is legally described as follows:
>
> Lot 15 of Parkview subdivision, according to the plat thereof, recorded in Plat Book 18, Page 54 of the Public Records of Manatee County, Florida.

It is further ORDERED that the United States and claimant Ameriquest comply with the terms of the Stipulated Settlement Agreement entered by this court on August 10, 2005.

The court shall retain jurisdiction to enter any further orders necessary to effect the forfeiture and disposition of the defendant real property

DONE and ORDERED in Chambers in Tampa, Florida, this 27th day of JUNE 2006.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
Adelaide G. Few, AUSA
Attorneys of record

2